| | | |
|---|---|---|
| State of New York, Matter of, v Patrick L. | 2d Dept: 141 AD3d 591 | denied* |
| Timothy B., Matter of (Paul K.) | 4th Dept: 138 AD3d 1460 | denied* |
| Van Wagner Communications, LLC, Matter of, v Board of Stds. & Appeals of the City of N.Y. | 1st Dept: 137 AD3d 650 | denied |

## Decided November 21, 2016

| | | |
|---|---|---|
| Abdur-Rashid, Matter of, v New York City Police Dept. | 1st Dept: 140 AD3d 419 | granted |
| Alintoff, Matter of, v Alintoff | 2d Dept: 141 AD3d 518 | denied |
| Chomyn, Matter of, v Boller | 4th Dept: 137 AD3d 1705 | denied |
| Darcy, Matter of, v Darcy | 2d Dept: 140 AD3d 1061 | denied |
| Elsayed v Edrees | 2d Dept: 141 AD3d 503 | denied |
| Hampshire Recreation, LLC, Matter of, v Board of Assessors | 2d Dept: 137 AD3d 1029 | denied |
| Hashmi, Matter of, v New York City Police Dept. | 1st Dept: 140 AD3d 419 | granted |
| Hunter v New York City Hous. Auth. | 1st Dept: 137 AD3d 717 | denied |
| Kaufman, Matter of | 2d Dept: 137 AD3d 1034 | denied |
| Kaufman, Matter of | 2d Dept: 137 AD3d 1035 | denied |
| Kingston v New York City Tr. Auth. | App Div, 1st Dept: 2016 NY Slip Op 78897(U) | denied* |
| Lasner v Massachusetts Mut. Life Ins. Co. | 2d Dept: 140 AD3d 1023 | denied |
| Law Offs. of Thomas F. Liotti, LLC v State of New York | 2d Dept: 139 AD3d 812 | denied |
| Maldonado v DiBre | 3d Dept: 140 AD3d 1501 | denied |
| Palm v Tuckahoe Union Free Sch. Dist. | 2d Dept: 141 AD3d 635 | denied |
| People v Benitez | 2d Dept: 140 AD3d 1140 | denied |
| People v Cooper | 2d Dept: 141 AD3d 710 | denied* |
| People v Miguel | 1st Dept: 140 AD3d 497 | denied* |
| People v Uphael | 2d Dept: 140 AD3d 1143 | denied* |
| Stilwell Value Partners, IV, L.P. v Cavanaugh | 1st Dept: 137 AD3d 609 | denied |
| Structure Tek Constr., Inc. v Waterville Holdings, LLC | 2d Dept: 140 AD3d 1151 | denied |

---

* Motion for poor person relief dismissed as academic or denied.